# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMMA SCHMIDT, et al.<br>    Plaintiffs,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br>    Defendant. | No. 3:14-cv-1816 (SRU) |

## NOTICE TO COUNSEL

The Court has reviewed the file in this case to monitor the parties' compliance with Local Rule 26(f)(1). Local Rule 26(f)(1) provides that, within thirty (30) days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for the purposes described in Federal Rule of Civil Procedure 26(f). Local Rule 26(f)(1) further provides that, within fourteen (14) days after the conference, the participants must jointly complete and file a report of the conference using Form 26(f).

It appears that more than forty-four (44) days have passed since the appearance of a defendant in this case, but no report has been filed.

Accordingly, it is hereby ordered that the parties must file a Form 26(f) report within 20 days of the date of this order, along with a written statement signed by all counsel of record explaining why sanctions should not be imposed for the parties' failure to comply with Local Rule 26(f)(1). Failure to comply with this order will result in dismissal of the complaint.

Dated at Bridgeport, Connecticut, this 20th day of April 2015.

                                        ROBIN D. TABORA, CLERK

                                        By: /s/Rochelle Jaiman
                                            Rochelle Jaiman
                                            Deputy Clerk