UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EMMA SCHMIDT and HALLIE MEYER | : | |
| Plaintiffs, | : | CASE NO. |
| | : | 3:14-CV-01816-SRU |
| | : | |
| V. | : | |
| | : | |
| CONAGRA FOODS, INC. | : | January 2, 2018 |
| Defendant, | | |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant ConAgra Foods, Inc. ("ConAgra") respectfully requests an extension of time of seven (7) days to respond to plaintiffs' December 14, 2017 Motion to Modify the Standing Protective Order ("Motion") [D.N. 66].  ConAgra's response is presently due on January 4, 2018.  The requested extension would move this due date to January 11, 2018.  This is ConAgra's first request for an extension of this deadline.

The requested additional time is necessary for two reasons: (1) to allow ConAgra's counsel to meet and confer with plaintiff's counsel to determine whether some or all of the Motion can be resolved without the need for Court intervention; and (2) to allow ConAgra sufficient time to prepare an appropriate response if the parties' efforts to resolve the Motion by agreement are unsuccessful.

Plaintiff's counsel has consented to the granting of the requested extension.

{W2959883;2}

WHEREFORE, Defendant ConAgra Foods, Inc. requests until January 11, 2018 to respond to plaintiffs' December 14, 2017 Motion to Modify the Standing Protective Order.

THE DEFENDANT,
CONAGRA FOODS, INC.


      /s/ Todd R. Michaelis (ct28821)
Kristen Connors
Ann H. Rubin
Todd R Michaelis (ct28821)
Carmody Torrance Sandak & Hennessey, LLP
50 Leavenworth Street
Waterbury, CT  06721-1110
Tel: (203) 573-1200
Fax: (203) 575-2600
kconnors@carmodylaw.com
arubin@carmodylaw.com
tmichaelis@carmodylaw.com

Mary S. Young (*pro hac vice*)
Emily A. Ambrose (*pro hac vice*)
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Tel: (612) 343-3263
Fax: (612) 343-3205
eambrose@blackwellburke.com
myoung@blackwellburke.com

## CERTIFICATION

This is to certify that on January 2, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                 /s/ Todd R. Michaelis (ct28821)
                                                                  Todd R. Michaelis